# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:06CR32 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| MARY S. BECERRA, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant Mary S. Becerra's (Becerra) oral motion to continue trial of this matter made during a hearing on the motion for her counsel to withdraw on April 25, 2006. Becerra acknowledged that the additional time to accommodate her motion would be excluded from the Speedy Trial Act. The motion for a continuance of trial will be granted.

**IT IS ORDERED:**

1. Becerra's oral motion for a continuance of trial is granted.

2. Trial of this matter is re-scheduled for **July 31, 2006,** before Chief Judge Joseph F. Bataillon and a jury. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **April 25, 2006 and July 31, 2006,** shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason that defendant's counsel requires additional time to adequately prepare the case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 25th day of April, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge