# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 8:06CR32 |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| MARY S. BECERRA, ) | |
| ) | |
| Defendant. ) | |

Defendant's Motion to Continue Trial (Filing No. 25) is scheduled for hearing before the undersigned magistrate judge at **2:30 p.m. on July 25, 2006**, in Courtroom No. 7, Second Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

The defendant must be present for the hearing.

DATED this 21st day of July, 2006.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge