IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:06CR32 |
| v. | ) | |
| MARY S. BECERRA, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that, pursuant to Filing No. 33, the defendant's appeal of the magistrate's order denying a continuance of trial (Filing No. 29) is denied as moot.

DATED this 26th day of July, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge