IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:06CR32** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **MARY S. BECERRA,** | ) | |
| | ) | |
| Defendant. | ) | |

    This matter is before the court on the motion of William L. Switzer to withdraw as counsel for the defendant, Mary S. Becerra (Becerra) (Filing No. 32). Since retained counsel has entered an appearance for Becerra, Mr. Switzer's motion to withdraw (Filing No. 32) is granted.

    Withdrawing counsel shall submit his CJA 20 voucher to the Office of the Federal Public Defender within forty-five (45) days of this order. The clerk shall provide a copy of this order to the Office of the Federal Public Defender.

    Mr. Switzer shall forthwith provide Mr. Bracker with the discovery materials provided the defendant by the government and such other materials obtained by Mr. Switzer which are material to Becerra's defense.

    **IT IS SO ORDERED.**

    DATED this 26th day of July, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge
