# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **IN RE** | ) | **GENERAL ORDER** |
| | ) | |
| **ASSIGNMENT OF CASE TO** | ) | **No. 2006-10** |
| **THE HONORABLE LARRY PIERSOL** | ) | |

With the concurrence of Chief Circuit Judge James B. Loken, United States District Judges Joseph F. Bataillon, and Larry Piersol,

IT IS ORDERED:

1.    Effective immediately, the following case is reassigned from Judge Bataillon to Judge Piersol for the purposes of trial:

     **8:06CR32 USA v. Becerra**

2.    The magistrate judge assignment will remain unchanged.

3.    The above case will be called for trial in Courtroom #4 in the Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska on **September 26, 2006.**

DATED 18th day of September, 2006.

BY THE COURT:


**s/ Joseph F. Bataillon**
Chief Judge