```
            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )          8:06CR32
          Plaintiff,           )
                               )
     vs.                       )          ORDER
                               )
MARY S. BECERRA,               )
                               )
          Defendant.           )
```

RE: WITNESS, LOUIS JANDREAU

   The court has been presented a Financial Affidavit (CJA Form 23) signed by the above-named witness in support of a request for appointed counsel.  After a review of the Financial Affidavit, I find that the above-named witness is eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and the Amended Criminal Justice Act Plan for the District of Nebraska.

   **IT IS ORDERED:**

   David A. Christensen is appointed to represent the above named witness in this matter.

   **IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this order to the Federal Public Defender and David A. Christensen.

   DATED this 26th day of September, 2006.

                                 BY THE COURT:


                                 s/ Thomas D. Thalken
                                 United States Magistrate Judge