IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:06CR32** |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **MARY S. BECERRA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

The court has been presented a Financial Affidavit (CJA Form 23) signed by the above-named defendant in support of a request for appointed counsel in order to represent her during the retrial of this matter and the remainder of these proceedings. After a review of the Financial Affidavit, I find that the above-named defendant is eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and the Amended Criminal Justice Act Plan for the District of Nebraska.

**IT IS ORDERED:**

William C. Bracker, 226 South Sixth Street, Council Bluffs, IA 51501, (712) 322-4215, is appointed to represent the defendant for the remainder of these proceedings.

**IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this order to the Federal Public Defender for the District of Nebraska.

DATED this 3rd day of October, 2006.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge