IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 8:06CR32 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| MARY S. BECERRA, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on Filing No. 91, the defendant Mary Becerra's motion for leave to proceed in forma pauperis. The court previously determined the defendant was financially unable to obtain an adequate criminal defense and appointed attorney William C. Bracker to represent the defendant. *See* Filing No. 60. Pursuant to Fed. R. App. P. 24(a)(3), the court grants the defendant's motion to proceed in forma pauperis in her interlocutory appeal to the Eighth Circuit.

SO ORDERED.

DATED this 19th day of October, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge