IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:06CR32 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MARY S. BECERRA, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on its own motion following a hearing on October 17, 2006, where the defendant Mary S. Becerra did not waive the conflict of interest with her CJA appointed attorney, William C. Bracker. Where the defendant has previously qualified for CJA counsel (Filing No. 60), the court finds that the above-named defendant is eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and the Amended Criminal Justice Act Plan for the District of Nebraska.

**IT IS ORDERED** that attorney F. Montgomery Brown is appointed as CJA counsel to represent the above defendant. In the event that Mr. Brown accepts this appointment, he shall forthwith file a written appearance in this matter. The Federal Public Defender shall forthwith provide the court with a draft appointment order (CJA Form 20) bearing the name and other identifying information. Mr. Brown's contact information is as follows:

    F. Montgomery Brown
    Cook, Brown & Scott PLC
    8554 Alice Avenue
    Clive, IA 50325-7112
    Phone: (515) 278-6008
    Fax: (515) 278-6024
    Email: hskrfan@cookbrownlaw.com

**IT IS FURTHER ORDERED** that counsel's appointment herein is made pursuant to 18 U.S.C. §3006A.

**IT IS FURTHER ORDERED** that pursuant to the court's findings at the hearing on October 17, 2006, Mr. Bracker will continue to represent the defendant for purposes of her interlocutory appeal to the Eighth Circuit, until Mr. Brown is able to assume this role.

**IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this order to the Federal Public Defender for the District of Nebraska.  The Clerk shall further mail a copy of this order to Mr. Brown at the above address, and shall contact Mr. Brown to arrange his access to the District Court of Nebraska's CM/ECF system for purposes of this case.

DATED this 24TH day of October, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge