IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:06CR32 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MARY S. BECERRA, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court concerning the trial of defendant Mary S. Becerra. The court received information from the jurors indicating that they were unable to reach a unanimous verdict. With agreement from counsel for the government and the defendant, the court declared a mistrial in this case.

The court subsequently consulted with counsel to determine the earliest possible date both attorneys would be ready for trial. The earliest date defense counsel is available for trial is February 20, 2007.

ACCORDINGLY, IT IS ORDERED that jury trial for the defendant is scheduled before the undersigned in Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on **February 20, 2007, at 8:30 a.m.** Because this is a criminal case, the defendant shall be present, unless excused by the court. If an interpreter is required, one must be requested by the plaintiff in writing five (5) days in advance of the scheduled hearing.

DATED this 18th day of December, 2006.

BY THE COURT:

s/Joseph F. Bataillon
Chief United States District Judge